UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 17-86-DCR |
| V. | ) ) | |
| CHRISTOPHER D. WASHINGTON, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Christopher Washington filed a motion to suppress all evidence discovered by law enforcement on his person on the day he was arrested (June 20, 2017). [Record No. 18] Thereafter, the United States Magistrate Judge assigned to this matter conducted an evidentiary hearing and issued a Recommended Disposition regarding the defendant's motion. [Record Nos. 34 and 54]

Shortly after the Magistrate Judge filed his Recommended Disposition regarding Washington's motion to suppress, the defendant moved the Court to change his plea to Count 2 of the Indictment. [Record No. 55] A hearing on the defendant's change of plea is scheduled for September 15, 2017. [Record No. 56] Per standard practice in this district, the parties have tendered a draft Plea Agreement in advance of the change of plea hearing. The draft does not indicate that Defendant Washington intends to enter a conditional plea for the purpose of challenging the ruling on the suppression issue. Therefore, the motion to suppress is effectively mooted by the defendant's recent actions.

Accordingly, it is hereby

- 1 -

**ORDERED** as follows:

1. Defendant Washington's motion to suppress [Record No. 18] is **DENIED** as moot.

2. While the Magistrate Judge's Recommended Disposition [Record No. 54] remains pending with respect to co-Defendant Steven D. Harvey, it is **ADOPTED** with respect to Defendant Washington for purposes of terminating the matter on the Court's docket as it relates to that defendant.

This 12th day of September, 2017.

Signed By:
*Danny C. Reeves* DCR
United States District Judge